UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUSTIN CAPE,<br><br>          Plaintiff,<br><br>    v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>          Defendants. | Case No. 25-cv-00740-VKD<br><br>**ORDER RE PLAINTIFF'S REQUEST TO AMEND SUMMONS**<br><br>Re: Dkt. No. 11 |

      Justin Cape, who is representing himself, requests issuance of amended summons.[1] Dkt. No. 11. Mr. Cape's request indicates that he does not seek to add or drop any parties or claims, or to otherwise amend his complaint in any way. *Id*. at 2. Rather, Mr. Cape says that after discussions with the City Attorney's Office and others, he wants to amend only the address for service, indicating that service should be made on the "City Court Clerk of San Jose" at 200 East Santa Clara Street, 14th Floor, San Jose, California 95113. *Id*. It is not clear whether Mr. Cape wishes to serve all or only certain defendants at this new address. Shortly after filing the present request to amend summons, Mr. Cape filed a document purporting to show that service was made on "San Jose Police Dept/City of San Jose" at the new address. Dkt. No. 12.

      The Court "may permit a summons to be amended." Fed. R. Civ. P. 4(a)(2). Insofar as Mr. Cape simply seeks to correct an address for service,[2] the Court grants his request for issuance

---

[1] Mr. Cape has withdrawn a prior motion for the Clerk of Court to enter default judgment, stating that the motion was filed in error. Dkt. No. 10.

[2] The previously issued summons indicates that Mr. Cape identified one of the service addresses as "200 East Santa Clara Street, 16th Floor, San Jose, CA 95113-1905." Dkt. No. 6.

of an amended summons. In doing so, the Court expresses no opinion regarding the propriety of service of all defendants at Mr. Cape's proposed new address. However, the Court notes that Mr. Cape's proposed amended summons is directed only to the "City Court Clerk of San Jose," and is not directed to the defendants named in his complaint. *See* Dkt. No. 11-1; *see also* Dkt. No. 1. The Court suggests that, in compliance with Rule 4(a)(1)(B), his amended summons(es) should be "directed to the defendant[s]" he wishes to have served at the new address. To the extent Mr. Cape requires assistance completing an amended summons form, he is reminded that the Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to self-represented litigants in federal cases. Information regarding the Program can be found at https://cand.uscourts.gov/pro-se-litigants/the-federal-pro-se-program-at-the-san-jose-courthouse/. Appointments may be scheduled by calling 408-297-1480.

**IT IS SO ORDERED.**

Dated: March 17, 2025

Virginia K. DeMarchi
United States Magistrate Judge